COMMERCIAL FACTORS CORPORATION, Respondent, v. WINGET KICKERNICK COMPANY, INC., Appellant.— Order modified by substituting Hon. James A. O'Gorman, official referee, in place of the referee named in the order appealed from, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAURICE E. DAVIS, Appellant, v. ARCHIE M. ANDREWS, Respondent. MAURICE E. DAVIS, Appellant, v. A. M. ANDREWS INVESTMENT CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted by consolidating the non-jury action wherein the respondent A. M. Andrews Investment Corporation is defendant into the action wherein Archie M. Andrews is defendant, and the consolidated action set down for trial as a jury case for September 24, 1934. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GAY DELYS, Respondent, v. ENRIC MADRIGUERA, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, v. 82–88 WALL STREET, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DAVID EDGAR MANASCO, Appellant, v. NATIONAL DAIRY PRODUCTS CORPORATION and Others, Respondents.— Order reversed, with fifty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JACOB HABER, Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CAROLINE HENNING BERGMANN, Respondent, v. NORA A. FALIHEE, Appellant. — Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in toto. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of RICHARD WELLING, Appellant, for a Mandamus Order against ABRAHAM KAPLAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HELEN FALLON O'LEARY, Respondent, v. WILLIAM JOSEPH O'LEARY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RUTH SCHOTTLAND, Appellant, v. HARRY A. GORDON, Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., and O'Malley, J., dissent on the authority of *Billingsley* v. *Better Business Bureau of New York City, Inc.* (231 App. Div. 802); *Niehoff* v. *Star Co.* (134 id. 473).